IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE PARTNERSHIPS and ) <br> UNINCORPORATED ASSOCIATIONS ) <br> IDENTIFIED ON SCHEDULE "A" ) <br> ) <br> Defendants. ) | Case No. 14-cv-7257 <br><br> **Judge Ronald A. Guzman** <br><br> **Magistrate Judge Daniel G. Martin** |

**DECKERS OUTDOOR CORPORATION'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DEFENDANTS IDENTIFIED IN SECOND AMENDED SCHEDULE A, WITH THE EXCEPTION OF CERTAIN DEFENDANTS**

Plaintiff Deckers Outdoor Corporation ("Deckers"), by its counsel, moves this Court to enter Default and Default Judgment against the defendants identified in Second Amended Schedule A, with the exception of certain[1] defendants. In support of this Motion, Deckers submits the accompanying Memorandum.

---

[1] Deckers' Motion for Entry of Default and Default Judgment does not apply to the Online Marketplace Accounts identified with the following Account Names in Second Amended Schedule A to the Complaint: digitalzone88 associated with the PayPal email address digitalzone889@gmail.com (line 47); easyshopping678 associated with the PayPal email address easytrade2088@gmail.com (line 48); happydeal88 associated with the PayPal email address niceforu365@gmail.com (line 49); wellchange associated with the PayPal email address elerose99@gmail.com (line 61); and your365shop associated with the PayPal email address kelvinkaka88@gmail.com (line 63).

Dated this 5th day of November 2014.      Respectfully submitted,

  /s/ Justin R. Gaudio_____
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
kguynn@gbclaw.net
aziegler@gbclaw.net
jgaudio@gbclaw.net
jbloodgood@gbclaw.net

*Attorneys for Plaintiff Deckers Outdoor Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of November 2014, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website to which the Defendant Domain Names that have been transferred to Deckers' control now redirect, and I will send an e-mail to the e-mail addresses identified in Second Amended Schedule A that includes a link to said website.

   /s/ Justin R. Gaudio
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
kguynn@gbclaw.net
aziegler@gbclaw.net
jgaudio@gbclaw.net
jbloodgood@gbclaw.net

*Attorneys for Plaintiff Deckers Outdoor Corp.*