**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE PARTNERSHIPS and )<br>UNINCORPORATED ASSOCIATIONS )<br>IDENTIFIED ON SCHEDULE "A" )<br>)<br>Defendants. ) | Case No. 14-cv-7257<br><br>**Judge Ronald A. Guzman**<br><br>**Magistrate Judge Daniel G. Martin** |

**DECLARATION OF JUSTIN R. GAUDIO**

I, Justin R. Gaudio, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Deckers Outdoor Corporation ("Deckers"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. I hereby certify that the Defaulting Defendants (as defined in the accompanying Memorandum) have failed to plead or otherwise defend this action within the allotted time in violation of Federal Rule of Civil Procedure 12(a)(1)(A).

3. My office investigated the infringing activities of the Defaulting Defendants, including attempting to identify the registrant of each associated domain name and its contact information. Our investigation confirmed that the Defaulting Defendants are primarily domiciled in China. As such, I am informed and believe that the Defaulting Defendants are not active-duty members of the U.S. armed forces.

4. **Exhibit 1** is an accurate copy of unpublished decisions cited in the corresponding Memorandum in Support of Deckers' Motion for Entry of Default and Default Judgment against the defendants identified in Second Amended Schedule A, with the exception of certain[1] defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 5th day of November 2014, at Chicago, Illinois.

/s/ Justin R. Gaudio
Justin R. Gaudio
Counsel for Deckers Outdoor Corporation

---

[1] Deckers' Motion for Entry of Default and Default Judgment does not apply to the Online Marketplace Accounts identified with the following Account Names in Second Amended Schedule A to the Complaint: digitalzone88 associated with the PayPal email address digitalzone889@gmail.com (line 47); easyshopping678 associated with the PayPal email address easytrade2088@gmail.com (line 48); happydeal88 associated with the PayPal email address niceforu365@gmail.com (line 49); wellchange associated with the PayPal email address elerose99@gmail.com (line 61); and your365shop associated with the PayPal email address kelvinkaka88@gmail.com (line 63).