**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 14-cv-7257

**Judge Ronald A. Guzman**

**Magistrate Judge Daniel G. Martin**

**FINAL JUDGMENT ORDER AGAINST THE DEFENDANTS IDENTIFIED IN SECOND AMENDED SCHEDULE A, WITH THE EXCEPTION OF CERTAIN DEFENDANTS**

This action having been commenced by Plaintiff Deckers Outdoor Corporation ("Deckers") against the Partnerships and Unincorporated Associations identified on Second Amended Schedule A with the exception of the Online Marketplace Accounts identified with the following Account Names in Second Amended Schedule A to the Complaint: digitalzone88 associated with the PayPal email address digitalzone889@gmail.com (line 47); easyshopping678 associated with the PayPal email address easytrade2088@gmail.com (line 48); happydeal88 associated with the PayPal email address niceforu365@gmail.com (line 49); wellchange associated with the PayPal email address elerose99@gmail.com (line 61); your365shop associated with the PayPal email address kelvinkaka88@gmail.com (line 63); and ncnay associated with the PayPal email address dengjianner1987@126.com (line 53) (collectively, the "Default Defendants") and using the Defendant Domain Names and Online Marketplace Accounts (collectively, the "Defendant Internet Stores");

This Court having entered upon a showing by Deckers, a temporary restraining order and preliminary injunction against Defaulting Defendants which included a domain name transfer order and asset restraining order;

Deckers having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or email, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), cybersquatting (15 U.S.C. § 1125(d)) and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

a. using Deckers' UGG Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine UGG Product or not authorized by Deckers to be sold in connection with the UGG Trademarks;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine UGG Product or any other product produced by Deckers, that is not Deckers' or not produced under the authorization, control or supervision of Deckers and approved by Deckers for sale under the UGG Trademarks;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Deckers, or are sponsored by, approved by, or otherwise connected with Deckers;

d. further infringing Deckers' UGG Trademarks and damaging Deckers' goodwill;

e. otherwise competing unfairly with Deckers in any manner;

f. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Deckers, nor authorized by Deckers to be sold or offered for sale, and which bear the UGG Trademarks or any reproductions, counterfeit copies or colorable imitations thereof;

g. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, the Defendant Domain Names, or any other domain name or online marketplace account that is being used to sell or is the means

by which Defaulting Defendants could continue to sell Counterfeit UGG Products; and

h. operating and/or hosting websites at the Defendant Domain Names and any other domain names registered or operated by Defaulting Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the UGG Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine UGG Product or not authorized by Deckers to be sold in connection with the UGG Trademarks.

2. The Defendant Domain Names are permanently transferred to Deckers' control. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within three (3) business days of receipt of this Order, shall unlock and change the registrar of record for the Defendant Domain Names to a registrar of Deckers' selection, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to Deckers' account at a registrar of Deckers' selection.

3. Those in privity with Defaulting Defendants and with actual notice of this Order, including any online marketplaces such as iOffer and Alibaba Group Holding Ltd., Alipay.com Co., Ltd. and any related Alibaba entities (collectively, "Alibaba"), social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, web hosts for the Defendant Domain Names, and domain name registrars, shall within two (2) business days of receipt of this Order:

a. disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of counterfeit and infringing goods using the UGG

Trademarks, including any accounts associated with the Defaulting Defendants listed on Second Amended Schedule A attached hereto;

b. disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the UGG Trademarks; and

c. take all steps necessary to prevent links to the Defendant Domain Names identified on Second Amended Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Domain Names from any search index.

4.    Pursuant to 15 U.S.C. § 1117(c)(2), Deckers is awarded statutory damages from each of the Defaulting Defendants in the amount of two million dollars ($2,000,000) for willful use of counterfeit UGG Trademarks on products sold through at least the Defendant Internet Stores.

5.    Western Union shall, within two (2) business days of receipt of this Order, permanently block any Western Union money transfers and funds from being received by the Defaulting Defendants identified in Second Amended Schedule A.

6.    PayPal, Inc. ("PayPal") shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any China or Hong Kong based accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

7.    All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by PayPal, are hereby released to Deckers as partial payment of the above-identified damages, and PayPal is ordered to release to Deckers the amounts from

Defaulting Defendants' PayPal accounts within ten (10) business days of receipt of this Order.

8.  Until Deckers has recovered full payment of monies owed to it by any Defaulting Defendant, Deckers shall have the ongoing authority to serve this Order on PayPal in the event that any new PayPal accounts controlled or operated by Defaulting Defendants are identified.  Upon receipt of this Order, PayPal shall within two (2) business days:

    a.  Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites, including, but not limited to, any PayPal accounts;

    b.  Restrain and enjoin such accounts or funds that are China or Hong Kong based from transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c.  Release all monies restrained in Defaulting Defendants' PayPal accounts to Deckers as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

9.  Until Deckers has recovered full payment of monies owed to it by any Defaulting Defendant, Deckers shall have the ongoing authority to serve this Order on any banks, savings and loan associations, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified.  Upon receipt of this Order, the Financial Service Providers shall within two (2) business days:

    a.  Locate all accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites;

b. Restrain and enjoin such accounts from receiving, transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. Release all monies restrained in Defaulting Defendants' financial accounts to Deckers as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

10. In the event that Deckers identifies any additional online marketplace accounts, domain names or financial accounts owned by Defaulting Defendants, Deckers may send notice of any supplemental proceeding to Defaulting Defendants by email at the email addresses identified in Second Amended Schedule A attached hereto.

11. The ten thousand dollar ($10,000) cash bond posted by Deckers, including any interest minus the registry fee, is hereby released to Deckers or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the cash bond previously deposited with the Clerk of the Court to Deckers or its counsel by check made out to the Greer, Burns & Crain IOLTA account.

This is a Final Judgment.

DATED: November 10, 2014

_____

U.S. District Court Judge Ronald A. Guzman

**Deckers Outdoor Corp. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 14-cv-7257**

# Second Amended Schedule A

## Defendant Domain Names

| No. | Domain Name |
|-----|-------------|
| 1 | uggchaussure.com |
| 2 | uggsinaustralia.com |
| 3 | uggsinusa.com |
| 4 | uggbootsoutlet2014.com |
| 5 | uggbootsonsales.com |
| 6 | duggbootstores.com |
| 7 | uggbottesfr.com |
| 8 | anbodhran.com |
| 9 | ugghotsaleboot.com |
| 10 | uggsonsales2014.com |
| 11 | ugg-outletstore2014.com |
| 12 | bootssblackfridayclearance.com |
| 13 | ugg-bootsonclearance.com |
| 14 | ugg-bootssale2014.com |
| 15 | discountuggbootsclearance.com |
| 16 | uggsbootsclearance2014.com |
| 17 | firsthuge.com |
| 18 | uggshoesonline.com |
| 19 | bootshutonline.com |
| 20 | uggs-newzealand.com |
| 21 | uggs-outletstore2014.com |
| 22 | uggsoutletonlinestore.com |
| 23 | blackfridayuggsale.com |
| 24 | uggbootsclearancesales.com |
| 25 | bootsuksale-s.com |
| 26 | uggsalenederland.com |
| 27 | firstactor.com |
| 28 | girlstreets.com |
| 29 | sachsenring-ag.com |
| 30 | womensuggbootsonsale.com |
| 31 | uggs-onclearanceboots.com |
| 32 | uggbootsdiscountsale.com |
| 33 | ukugg-bootsclearance.com |

| 34 | au-uggbootsoutlet.com |
| 35 | uggs-outletboots2014.com |
| 36 | wholesale-uggsboots.com |
| 37 | cheapukuggboots.com |
| 38 | ugg-bootclearancesale.com |
| 39 | shortuggwomensboots.com |
| 40 | winterfootwearugg2014.com |
| 41 | cheapwomensbootsoutlet.com |
| 42 | sheepskinbootsmacyssale.com |
| 43 | 2014bootsoutletstore.com |
| 44 | bootsalecheapcannada.com |
| 45 | womensbootsaustralia.com |
| 46 | womensbootsnordstrom.com |
| 47 | mensbootssaleusa.com |
| 48 | babybootsstore.com |
| 49 | toddlersbootsshop.com |
| 50 | classicbootsaustraliasale.com |
| 51 | bootssalecheap2014.com |
| 52 | cheapbootssalesite.com |
| 53 | bootssaleoutletuk.com |
| 54 | sheepskinbootssaleweb.com |
| 55 | shopbootsclearanceoutlet.com |
| 56 | kidsbootssaleshop.com |
| 57 | mensbootssaleonline.com |
| 58 | kidsbootsaustralia.com |
| 59 | mensbootscheapoutlet.com |
| 60 | uggbootsauoutlet.com |
| 61 | uggbootwholesaleau.com |
| 62 | uggbootwholesale.com |
| 63 | goodcheapshoes.com |
| 64 | uggsblack-friday.com |
| 65 | 2015popgoods.com |
| 66 | online-salegoods.com |
| 67 | 2014newfashions.com |
| 68 | newgoods2014.com |
| 69 | buygoods2014-fr.com |
| 70 | buygoods2014-au.com |
| 71 | topfashion-2015.com |
| 72 | buygoods-online.com |
| 73 | popular-2016.com |
| 74 | cardybottesfrance.com |

| 75 | bootsbilligde.com |
| 76 | bottesfourreesfemme.com |
| 77 | stivalibassiit.com |
| 78 | wintersalesdevip.com |
| 79 | bootsoutletde.com |
| 80 | konwboots.com |
| 81 | shortbuttonboots.com |
| 82 | stivalidonna-outlet.com |
| 83 | saappaathelsinki.com |
| 84 | stivalidadonnavendita.com |
| 85 | uggonlinesales.com |
| 86 | warmshoesforever.com |
| 87 | bestgamingmouseadvisor.com |
| 88 | uggbootsoutletnow.com |
| 89 | uggsvipshop.com |
| 90 | wholesalefashionboots.com |
| 91 | stivalimoda2014.com |
| 92 | botlaronline.com |
| 93 | baileybootsonlinesale.com |
| 94 | irelandnewboots.com |
| 95 | pascherbottefemme.com |
| 96 | skotildanmark.com |
| 97 | damen-winterstiefel.com |
| 98 | bottes-enfrance.com |
| 99 | bootsukonlinestore.com |
| 100 | boutiqueslesbottes.com |
| 101 | buyingbestboots.com |
| 102 | bestshoesseller.com |
| 103 | sptstore.com |
| 104 | ugg-sitoufficiale.com |
| 105 | princesskatz.com |
| 106 | uggbootsukco.com |
| 107 | cheaperuggboots.com |
| 108 | buycheapuggs.com |
| 109 | 2014bootsstore.com |
| 110 | boots4cheaper.com |
| 111 | olsboots.com |
| 112 | cheaperbootshop.com |
| 113 | vendrebottes.com |
| 114 | buycheapbootsus.com |
| 115 | niceclassicbootsale.com |

| 116 | donnascarpestivali.com |
| 117 | greekwomenboots.com |
| 118 | winterstiefelmarke.com |
| 119 | womenminiboots.com |
| 120 | ugg-euro.co.uk |
| 121 | shoppinguggbootsuk.co.uk |
| 122 | uggoutlets.co.uk |
| 123 | saleuggbootsonline.co.uk |
| 124 | uggboootsdiscount.co.uk |
| 125 | uggsonsaleinc.co.uk |
| 126 | uggonsaleuks.co.uk |
| 127 | blackfridayugg.co.uk |
| 128 | uggsaleuk.co.uk |
| 129 | australiauggsales.co.uk |
| 130 | uggboots4you.co.uk |
| 131 | cheap-uggbootsuk.co.uk |
| 133 | uggbootssalecheapp.co.uk |
| 134 | ugg-boots-uk.co.uk |
| 135 | discountukuggboots.co.uk |
| 136 | uggbootsuksale2014.co.uk |
| 137 | uggbootsoutlet.co.uk |
| 138 | uggbootsuksalecheap.co.uk |
| 139 | uggbootssale-outlet.co.uk |
| 140 | uggbootssalecheapuk.co.uk |
| 141 | cheapuggbootsonlineuk.co.uk |
| 142 | uggbootsoutletonline.co.uk |
| 143 | cheapuggboots2014.co.uk |
| 144 | uggbootscheapuksale.co.uk |
| 145 | cheap-uggbootsoutlet.co.uk |
| 146 | uggbootforcheap.co.uk |
| 147 | authenticuggstore.co.uk |
| 148 | cardyboots.co.uk |
| 149 | cheapestbootssale.co.uk |
| 150 | cheapbootssalevip.co.uk |
| 151 | snowbootsukstockists.co.uk |
| 152 | cheapaggboots.co.uk |
| 153 | cheapestbootuksaler.co.uk |
| 155 | callaustralia.co.uk |
| 156 | pivotpoints.co.uk |
| 157 | buxa.co.uk |
| 158 | akyaka.co.uk |

| 159 | rastaweed.co.uk |
| 160 | boot-uk.co.uk |
| 161 | acnefacts.co.uk |
| 162 | netdir.co.uk |
| 163 | gandiexchange.co.uk |
| 164 | myglovers.co.uk |
| 165 | cmhdigital.co.uk |
| 166 | jdlsailing.co.uk |
| 167 | sonorities.co.uk |
| 168 | athleticprowess.co.uk |
| 169 | damenstiefelbailey.com |
| 170 | newshortboots.com |
| 171 | pickmybestboots.com |
| 172 | gxhjf.com |
| 173 | 2014newuggs.com |
| 174 | uggs2014newboots.com |
| 175 | femmessheepskinbottesboxes.com |
| 176 | shoend.com |
| 177 | compraruggmadrid.com |
| 178 | frightfile.com |
| 179 | igwinstitute.com |
| 180 | uggitalia-prezzi.com |
| 181 | searchlightdesign.com |
| 182 | snowbootsoutlet2014.com |
| 183 | bottespascherfroutlet.com |
| 184 | bottespascheroutlet.com |
| 185 | botasespanabaratas.com |
| 186 | jackorbilligtkopa.com |
| 187 | uggaustraliaprix.com |
| 188 | bottespaschersprix.com |
| 189 | forsalecheapuk.com |
| 190 | 11prosoccercleats.com |
| 191 | cheapestuggbootsclearance.com |
| 192 | cheapuggsbootclearance.com |
| 193 | saleuggs2u.com |
| 194 | australiauggsforcheap.com |
| 195 | bottesuggfr2014.com |
| 196 | femmesbottesdhiver.com |
| 197 | sheepskinbottes2014.com |
| 198 | uggfrancemagasinwin.com |
| 199 | uggmagasinosfr.com |

| 200 | uggbottesvip2014.com |
| 201 | blackfridaywoolboots.com |
| 202 | haveuggboots.com |
| 203 | uggbootsclearanceday.com |
| 204 | authenticuggsboots.com |
| 205 | thesophisticatedmama.com |
| 206 | ausbootsukdeal.com |
| 207 | bootsusa2014.com |
| 208 | lesbottesfemmes.com |
| 209 | uggoutletmarket.com |
| 210 | markestiefel2014.com |
| 211 | modastivalidadonna.com |
| 212 | gunstigestiefelkaufen.com |
| 213 | buyingcanadaboots.com |
| 214 | stiefeldamen-austria.com |
| 215 | magasinuggfemme.com |
| 216 | bestpriceforuggboots.com |
| 217 | saleonlineoutlet.com |
| 218 | verkaufdaunenjacken.com |
| 219 | ugghotstyles2014.com |
| 220 | femmemoinscherbottes.com |
| 221 | uggbootsclearanceinfo.com |
| 222 | bootssale-s.com |
| 223 | realuggsaleuk.com |
| 224 | popbootsuk.com |
| 225 | blackuggsforcheap.com |
| 226 | uggsforcheapsale.com |
| 227 | winterssaleusavip.com |
| 228 | bottesssoldevipfr.com |
| 229 | bootshomeoutlet.com |
| 230 | bottes-boutique.com |
| 231 | reajackaoutlet.com |
| 232 | bottesprixachat.com |
| 233 | 9boot.com |
| 234 | bootssaleuk-uk.com |
| 235 | uggsfrpaschers.com |
| 236 | bootsvonde.com |
| 237 | uggbootsclearanceinc.com |
| 238 | onlineuggjapan.com |
| 239 | warmbootsvip.com |
| 240 | baileybootsuksale.com |

| 241 | newsboots.com |
| 242 | uggsalebootsclearance.com |
| 243 | classicuggboots.com |
| 244 | parallelparkbook.com |
| 245 | cheapuggsforsale2014.com |
| 246 | uggboots-eu.com |
| 247 | shoesforspain.com |
| 248 | kingsboots.com |
| 249 | bootsonmall.com |
| 250 | wintersalesusavip.com |
| 251 | winter-boots-us.com |
| 252 | pinbootssale.com |
| 253 | uggseu.com |
| 254 | itpiuminioutlet.com |
| 255 | bootsstoresukvip.com |
| 256 | juniorlifefitness.com |
| 257 | bootsshopukvip.com |
| 258 | ulshoes.com |
| 259 | uggtorino.com |
| 260 | bootscanadashow.com |
| 261 | laarzenbelgie.com |
| 262 | zcj666.com |
| 263 | 123dring.com |
| 264 | japanugg.com |
| 265 | snowshoesshop.com |
| 266 | bottespaschers.com |
| 267 | realuggcanada.com |
| 268 | scarpedastivali.com |
| 269 | bootsbestsupply.com |
| 270 | officeuggscheap.com |
| 271 | uggaustraliasalenet.com |
| 272 | cheapest-uggs-outlet.com |
| 273 | discountuggsale-uk.com |
| 274 | carolinetigerbooks.com |
| 275 | mybootsonsalees.com |
| 276 | dealuggsonline.com |
| 277 | bookchristianlouboutinshoes.com |
| 278 | cheapuggsforsalesonline.com |
| 279 | bootsuggchweizsale.com |
| 280 | bkkcreative.com |
| 281 | flpolo.com |

| | |
|---|---|
| 282 | winterstiefelschuh.com |
| 283 | bootsuksaleoutlet.com |
| 284 | skornje.com |
| 285 | uggs-onsale2014.com |
| 286 | uggaustraliabootofficial.com |
| 287 | uboots2014sale.com |
| 288 | uggfactoryoutletvip.com |
| 289 | uggsforcheapvip.com |
| 290 | shortbootsforuk.com |
| 291 | saappaathalvalla.com |
| 292 | exdizajn.info |
| 293 | cheapbootsclearance.net |
| 294 | farrahgray.net |
| 295 | uggs-onsale2014.net |
| 296 | ugg-outletstore2014.net |
| 297 | uggbootssaleusa.net |
| 298 | xmasuggbootsclearance.net |
| 299 | uggs-clearance2014.net |
| 300 | uggsbootsoutletau.net |
| 301 | uggbootsoutlet2014.net |
| 302 | uggbootssnewzealand.net |
| 303 | uggbootsonsales.net |
| 304 | uggsbootsnz.net |
| 305 | uggbootsoutletonline.net |
| 306 | ugg-bootsclearance2014.net |
| 307 | bootssale-s.net |
| 308 | uggbootscheapsale.net |
| 309 | uggswholesaleboots.net |
| 310 | uggbaileybuttonboots.net |
| 311 | uggs-outletforwomen.net |
| 312 | uggsonclearanceboots.net |
| 313 | uggsoutlet-sale.net |
| 314 | uggs-outletsale2014.net |
| 315 | uggsboots-outlet.net |
| 316 | ugg-bootsclearanceforwomen.net |
| 317 | womensbootsoutletstore.net |
| 318 | bootsoutletsaleshop.net |
| 319 | bootsclearancesaleuk.net |
| 320 | bootsoutletclearance.net |
| 321 | bootscheapuk.net |
| 322 | clearancebootsoutlet.net |

| 323 | nordstrombootssale.net |
| 324 | womensbootssale2014.net |
| 325 | cheapbootssaleusa.net |
| 326 | kidsbootsclearance.net |
| 327 | jimscorner.net |
| 328 | bootsalemall.net |
| 329 | rokfort.net |
| 330 | uggaustralia4saleuk.net |
| 331 | ugg-bootsclearances.net |
| 332 | uggsbootswholesale2013.net |
| 333 | australiauggsoutlet.net |
| 334 | uggindeutschland.net |
| 335 | ugg-berlin.net |
| 336 | saleuggbootsclearance.net |
| 337 | uggboots-clearancesale.net |
| 338 | saappaatnettikauppa.net |
| 339 | ugg-2015.net |
| 340 | jimmy-choooutlet.net |
| 341 | uggsbootsoutlet.net |
| 342 | uggsblackfriday2014.net |
| 343 | bootsuggsoutletforwomen.net |
| 344 | cisok.org |
| 345 | wfei.org |
| 346 | skippo.org |
| 347 | dns06.org |
| 348 | dankster.org |
| 349 | classictallboots.org |
| 350 | classicshortboots.org |
| 351 | auboots.org |
| 352 | bltxt.org |
| 353 | stiefelschweizonline.org |
| 354 | uggbootsclearance2013.org |
| 355 | bottesenligneparis.org |
| 356 | stiefelonlineschweiz.org |
| 357 | stivalidonnaprezzo.org |
| 358 | uggbootsclearanceonline.org |
| 359 | tri-states-coalition.org |
| 360 | uggs-clearancesale.org |
| 361 | classicugg-boots.org |
| 362 | sportsfencing.org |
| 363 | shopuggfactoryoutlet.org |

| 364 | stivalidaitalia.org |
| 365 | norgesko.org |
| 366 | bottessoldesenfrance.org |
| 367 | bootsshoplondon.org |
| 368 | bootsoutletshop.org |
| 369 | sklepbuty.org |
| 370 | stiefelschweizshop.org |
| 371 | bootsoutletonsale.org |
| 372 | stiefel-schweiz.org |
| 373 | bootsoutletsaleuk.org |
| 374 | bottesfemmesoldes.org |
| 375 | bootsretailstore.org |
| 376 | soldesbottesfemme.org |
| 377 | classicbootssaleuk.org |
| 378 | donnastivalisaldi.org |
| 379 | uggs-outlet--online.org |
| 380 | ugg-boots-outlet.us |
| 381 | llog.us |
| 382 | rsvpli.us |
| 383 | esta-gov.us |
| 384 | uggsclearancesales.us |
| 385 | cheapsheepskinboots.us |
| 386 | snowbootssaleclearance.us |
| 387 | cytr.us |
| 388 | drawpl.us |
| 389 | uggbootoutlet.us |
| 390 | uggboots.ws |

## Defendant Domain Names Registrants

| No. | Defendant / Registrant Name | Registrant Email |
|---|---|---|
| 1 | Personal Domain | |
| 2 | huachao chen | |
| 3 | Jay Mia | |
| 4 | wen ben zhou | |
| 5 | ChenHuaMing | |
| 6 | youjina | |
| 8 | Kerianne Taylor | |
| 9 | Huajia Chen | |
| 10 | Zhengming Liu | |
| 11 | Wenyi Zhang | |
| 12 | Xuanming Liu | |

| 13 | Pinjun Zhang | |
|----|----|----|
| 14 | Ziwen Lin | |
| 15 | Fengyuan Zhou | |
| 16 | Juan Pang | |
| 17 | Meimei Liu | |
| 18 | Qunrui Zhu | |
| 19 | Zirong Chen | |
| 20 | Hesheng Lin | |
| 21 | sdfsdf | |
| 22 | huang guang | |
| 23 | person | |
| 24 | HuiYong Cai | |
| 25 | JunXiong Huang | |
| 27 | patrick lagoguey | |
| 28 | Simone Fitzbauer | |
| 29 | Maria Kvist? | |
| 30 | meier carmen erji | |
| 31 | Pimont Hugues | |
| 32 | dubosc uefort | |
| 33 | lucy campbell | |
| 34 | ailsa duncan-kerr | |
| 35 | eilidh cameron | |
| 36 | Jeffery | |
| 37 | Mary Morgan | |
| 38 | JoLawson-smith | |
| 39 | yaoheping | 1174851207@qq.com |
| 40 | kuada | 123280621@qq.com |
| 41 | Liu Huan | 1369785878@qq.com |
| 42 | Chen Quanquan | 1369789688@qq.com |
| 43 | Wu Yu | 1425365213@qq.com |
| 44 | Li Qingfeng | 1431459674@qq.com |
| 45 | ahmed koh | 1499391823@qq.com |
| 46 | Yang Jing | 1564123@qq.com |
| 47 | Huang Lingling | 15667765788@qq.com |
| 48 | Wang Siyuan | 1567636978@qq.com |
| 49 | Huang Jingjing | 1567758788@qq.com |
| 50 | Zhou Yiran | 1567856889@qq.com |
| 51 | Yang Li | 1569676688@qq.com |
| 52 | Wang Tingting | 15767969987@qq.com |
| 53 | Chen Yusheng | 1589566878@qq.com |
| 54 | chen lihong | 1799664688@qq.com |

| 55 | linling | 18650281868@163.com |
|---|---|---|
| 56 | Lin Chen | 18667778588@qq.com |
| 57 | Zhang Lili | 1869587889@qq.com |
| 58 | Yang Yuan | 1869677788@qq.com |
| 59 | Mao Lingling | 18767877888@qq.com |
| 60 | Huang Fang | 1935236037@qq.com |
| 61 | Chang Jianjian | 20026978@qq.com |
| 62 | xu guofu | 2265688189@qq.com |
| 63 | wenben zhou | 2429365@gmail.com |
| 64 | michael | 2510197787@qq.com |
| 65 | Paley Rene | 46276371@qq.com |
| 66 | HONG LIU | 54159803@QQ.COM |
| 67 | WHOISGUARD, INC. | 5848D3B6E26147239CD4A8CAF4728B46.PROTECT@WHOISGUARD.COM |
| 68 | yang lin | 634808558@qq.com |
| 69 | chen wen yan | airjordaninn@gmail.com |
| 70 | lan ping | AmyKendrick1977@inbox.com |
| 71 | wang shijie | anytimes2012@qq.com |
| 72 | cheng yong | Bbaochen123@163.com |
| 73 | JIANG ZHENBIAO | BDUESS@SINA.COM |
| 74 | panyunyun | bestcaiforever@gmail.com |
| 75 | WO | bestcaiforever@gmail.com |
| 76 | Domains By Proxy, LLC | BESTGAMINGMOUSEADVISOR.COM@domainsbyproxy.com |
| 77 | cao mei | bgaisordunf@yahoo.com |
| 78 | cao dahu | BrandonEdwards1984@care2.com |
| 79 | liu xiaofeng | buhrrr@163.com |
| 80 | lu shuaili | burhudd@163.com |
| 81 | WHOISGUARD, INC. | C970744119BE4795A9DF853A4CC356C8.PROTECT@WHOISGUARD.COM |
| 82 | Candelaria S. Gross | CandelariaSGross@armyspy.com |
| 83 | lin jing | casepjkk@hotmail.com |
| 84 | rowena sinclair | che.nch.en.6784.6@gmail.com |
| 85 | jackson michael | clyes2014@163.com |
| 86 | Privacy Protection Service INC d/b/a PrivacyProtect.org | contact@privacyprotect.org |
| 87 | WHOISGUARD, INC. | DA92C5C8351A4932AABF8DA3D83D9662.PROTECT@WHOISGUARD.COM |
| 88 | Liao qing | dabuliaod@163.com |
| 89 | luo dahu | danzhuirlwas384@163.com |
| 90 | Dashurije Ismaili | DashurijeIsmaili@hotmail.com |
| 91 | huachao chen | dddpppeee@yahoo.com |

| 92 | Matt Kennedy | deckershoe@gmail.com |
|---|---|---|
| 93 | meijinshen | domain@sudu.cn |
| 94 | DOMAIN WHOIS PROTECTION SERVICE | domainadm@hichina.com |
| 95 | chen ming | doylekjy@hotmail.com |
| 96 | zhang ran | duhonnvwn@hotmail.com |
| 97 | wen ben zhou | e59e@qq.com |
| 98 | Bennie | emmaonly86@yahoo.com |
| 99 | lin ouyang | evelynmaureenm@gmail.com |
| 100 | John Dawson | evelynmaureenm@gmail.com |
| 101 | chen jinping | fenvier@163.com |
| 102 | wangerjiang | finishstock@gmail.com |
| 103 | Peng Tingting | firsds@163.com |
| 104 | Zhou RunFa | for_hostsir@163.com |
| 105 | quing qing | freeshoe2013@hotmail.com |
| 106 | xi gua | fsedlybnde@yahoo.com |
| 107 | xi gua | fsedlybrande@yahoo.com |
| 108 | Ben97 selia | gaci2031@126.com |
| 109 | Ming Wu | gddomain@outlook.com |
| 110 | ggubaibao | ggubaibao@sohu.com |
| 111 | xiao xi gua | grongttew@yahoo.com |
| 112 | he min | gruenesqqng@yahoo.com |
| 113 | gongyi mengquan | gulongcz637203@yeah.net |
| 114 | Li Yan | haiiuse@163.com |
| 115 | Xiayu Zhi | haolaiwo@hotmail.com |
| 116 | Yang Xiaorong | hehejuh@163.com |
| 117 | si man | huidfjie@163.com |
| 118 | yang qingzhao | hurndee@163.com |
| 119 | Samantha Ross Kevin | huthcxre@hotmail.com |
| 120 | chen kairong | Hzhhwullg@gmail.com |
| 121 | ZHANG WEINA | JHYHFLK@SINA.COM |
| 122 | Jiang Dehua | JiangDehua@qq.com |
| 123 | Jia Jinsheng | jikuhus@163.com |
| 124 | cao dahu | Jody1970@live.com |
| 125 | cao dahu | JonathanRobinette@lycos.com |
| 126 | zhou hong | kerriguk@hotmail.com |
| 127 | Daisy Wedgwood | kevenchenoneal@yahoo.com |
| 128 | xiao ji yu | kstshawke@yahoo.com |
| 129 | lan cheng | kuangjieblueo59@163.com |
| 130 | Zhang Wei Na | kuidihe@163.com |
| 131 | osica diao | leenom@hotmail.com |
| 132 | joyce brown | liliyang035@163.com |

| 133 | kongnal spadarc | listen-sharn@live.com |
| 134 | li lan | minjiustoxl0715@163.com |
| 135 | chen xiaobing | MonicaSmith@verizon.net |
| 136 | WU QINQIN | MRNFUUS@SINA.COM |
| 137 | Huangyufei | newsboots@yahoo.com |
| 138 | da xi gua | otingoguev@yahoo.com |
| 139 | Whois Privacy Protection Service, Inc. | parallelparkbook.com@protecteddomainservices.com |
| 140 | Kurt Lacy | peterone@126.com |
| 141 | Organization | private-whois-service@tjvps.com |
| 142 | guan guan | quxinupibq27756@163.com |
| 143 | Whoisprotection.cc | reg_1480690@whoisprotection.cc |
| 144 | huang shuping | rgoikcmd@yahoo.com |
| 145 | chen xiaosheng | rongsheng124@126.com |
| 146 | zhang ping | ruiqiaobhzvy758@163.com |
| 147 | Healthy Living Middle East | russwilson100@hotmail.co.uk |
| 148 | xu xiaodong | Ruth1976@me.com |
| 149 | zi rui zhou | sallysnyderluck@gmail.com |
| 150 | salvatrice cannella | salvatriceserver@hotmail.com |
| 151 | ma liping | shenghuios@163.com |
| 152 | Wang Wei | shizhanfan@126.com |
| 153 | xhi ge | shookwhz@hotmail.com |
| 154 | Lucas | silenttoys808@yahoo.com |
| 155 | Whois Privacy Protection Service, Inc. | snowshoesshop.com@protecteddomainservices.com |
| 156 | yao juan | ssddsnchd12@126.com |
| 157 | Galusha, Monroe | uggirelan@02kg.com |
| 158 | lan xiaorong | unanfpw@163.com |
| 159 | zhong xi gua | uoeqinddemj@yahoo.com |
| 160 | li zhifei | vangmwwc@hotmail.com |
| 161 | SY | Vasquez3698@hotmail.com |
| 162 | hu yuanyuan | vmivyycc@yahoo.com |
| 163 | Domain Whois Privacy Protection Service | whoisprivacyprotect@whoisservices.cn |
| 164 | Wuxi Yilian LLC | whoisprivacyprotect@whoisservices.cn |
| 165 | Patrick Tillmon | wolflovefox@yeah.net |
| 166 | shengliyun | wujx24135@163.com |
| 167 | Jinmei Lei | xiaomei_514862703@qq.com |
| 168 | ZHANG YEYING | XIHUES@SINA.COM |
| 169 | Liu Xuefen | xuefen_liu@qq.com |
| 170 | yi huo | youyou1@aa.com |
| 171 | gongyi shijuan | yujiaxz79860@yeah.net |
| 172 | lin yu you | yurenqgamr21275@163.com |

| 173 | Zhao Xiqing | zuiopuo@163.com |
|-----|-------------|-----------------|
| 174 | Anastasi Beverly | promodesigual@gmail.com |
| 175 | Zhang Yun | 1355876857@qq.com |
| 176 | ailong xiong | 1460114civmoore@safenames.net |
| 177 | Wang Xue | 1567687858@qq.com |
| 178 | Wang Jingjing | 1567687887@qq.com |
| 179 | Chen Fenfen | 15889569887@qq.com |
| 180 | Zheng Meili | 1589568779@qq.com |
| 181 | Lin Xin | 1867787898@qq.com |
| 182 | Zhou Ran | 1867869888@qq.com |
| 183 | Fang Meimei | 18686876878@qq.com |
| 184 | Zhang Tingting | 18767988788@qq.com |
| 185 | Ludwig Rhys | 46276371@qq.com |
| 186 | hu yu | 514793883@qq.com |
| 187 | WHOISGUARD, INC. | 5AD53E01E4F14517AB75149F92E7F6CB.PROTECT@WHOISGUARD.COM |
| 188 | Liu Chengguang | chengguang88@qq.com |
| 189 | li cheng gong | Cody1988@mailchimp.com |
| 190 | Hayes, Alan | csswd@02kg.com |
| 191 | xu mei | haouruws@163.com |
| 192 | li jin feng | hldjygg5@163.com |
| 193 | Qin, Jian | lvgejia6147@163.com |
| 194 | Xu Tian | RenePaley@running2014.com |
| 195 | Zhang Wen | wenwen@qq.com |
| 196 | yitao Trading Co., Ltd. | zhenxinhuang@hotmail.com |
| 197 | zhou xinche | 498756@gmail.com |
| 198 | Eva Vidotto | clissethe_88@hotmail.com |
| 199 | Sarmen Leier | dunnxzar@hotmail.com |
| 200 | Guo Jiachen | feuiur@163.com |
| 201 | wang chun lin | firea801@126.com |
| 202 | Zha JianJun | fkrldss@163.com |
| 203 | Puyi hong | kingmacoseo@hotmail.com |
| 204 | li ning | lioetisd@163.com |
| 205 | lake kim | motosluis023@hotmail.com |
| 206 | wang bingge | nchovatart@hotmail.com |
| 207 | Blanche Hines | opuggfactoryout@bplady.com |
| 208 | Mohamad Baharom | orderwgb@hotmail.com |
| 209 | Fu jiangyu | poeurs@163.com |
| 210 | Bai Shaolan | quancue@163.com |
| 211 | Ludwig Rhys | wona5641pid@163.com |
| 212 | Chen YiFan | 130384858@qq.com |
| 213 | Ilona Minasyan | bixing02@yahoo.com |

| 214 | LF CO.,LTD | liangliangchen520@yahoo.com |
|---|---|---|
| 215 | Ludwig Rhys | qw20140825@qq.com |
| 216 | Jin Zheng Trading Co., Ltd. Xiamen | teeblog@qq.com |
| 217 | Unzhaqa Buchzna | vertutut@hotmail.com |
| 218 | biao chen | 116235577@qq.com |

## Online Marketplace Accounts

| No | URL | Account Name | Email Address |
|---|---|---|---|
| 1 | aliexpress.com/store/1089891 | love518 | kang-hsi@hotmail.com |
| 3 | aliexpress.com/store/110565 | Online Store 110565 | best4you2011@hotmail.com |
| 4 | aliexpress.com/store/1114576 | Your's shopping paradise | 694085397@qq.com |
| 5 | aliexpress.com/store/1159138 | Three Stone E-Commerce Co., Ltd. | 278280180@qq.com |
| 7 | aliexpress.com/store/1190187 | Shelly Tang Online Store | korahuang@163.com |
| 8 | aliexpress.com/store/1225148 | Colorful Life House | sandra716@163.com |
| 9 | aliexpress.com/store/1242757 | Colorful season = At least $10 free postage | laifengyuan134@hotmail.com |
| 10 | aliexpress.com/store/1295336 | kailuan gong | kailuan168168@hotmail.com |
| 11 | aliexpress.com/store/1297460 | chunshan xu | chunshan168168@hotmail.com |
| 12 | aliexpress.com/store/1305446 | qingting fu | fuqt86@163.com |
| 13 | aliexpress.com/store/1314006 | Beatrice dai | 568479441 @qq.com |
| 14 | aliexpress.com/store/1315144 | KAIOUXDI Trade Co.,Ltd | smekdes@126.com |
| 16 | aliexpress.com/store/1329081 | New 2013 Brand Shoes | cathyjust4today@hotmail.com |
| 17 | aliexpress.com/store/1330083 | Unexpected mystery shop | dfhhklot@163.com |
| 18 | aliexpress.com/store/1380875 | Peter's company | 83532552@qq.com |
| 20 | aliexpress.com/store/1387091 | Sunrolan Fashion | 1036462798@qq.com |
| 21 | aliexpress.com/store/1389661 | qweer guo | ert6u5@outlook.com |
| 25 | aliexpress.com/store/213958 | Yiwu ST Trading Co.,ltd | jackcheng619@yahoo.com |
| 26 | aliexpress.com/store/230276 | Online Store 230276 | wnbing78952@163.com |
| 27 | aliexpress.com/store/320886 | Rain Angel | moonhmin@hotmail.com |
| 30 | aliexpress.com/store/425842 | Best Choose | 89356022@qq.com |
| 31 | aliexpress.com/store/528797 | BLUE MOON shoes store | jamesarvin50@yahoo.com |
| 32 | aliexpress.com/store/536632 | Perfect shopping store | ren871112@126.com |
| 34 | aliexpress.com/store/728827 | Foreign trade goods | 643962115@qq.com |

| | | store | |
|---|---|---|---|
| 37 | aliexpress.com/store/1004158 | Stall selling lonely | molibeibei2011@163.com |
| 39 | aliexpress.com/store/730406 | Queen Jewelrys | stone361@sohu.com |
| 40 | ioffer.com/selling/koyu06 | koyu06 | jakeise@126.com |
| 41 | ioffer.com/selling/linda38923 | linda38923 | saamm54@126.com |
| 42 | ioffer.com/selling/sdsddsad | sdsddsad | Jeffreunun5@hotmail.com |
| 43 | ioffer.com/selling/wiongll | wiongll | wuwawo186@hotmail.com |
| 46 | ebay.com/usr/book-tv?_trksid=p2047675.l2559 | book-tv | pingtaitwo@gmail.com |
| 47 | ebay.com/usr/digitalzone88?_trksid=p2047675.l2559 | digitalzone88 | digitalzone889@gmail.com |
| 48 | ebay.com/usr/easyshopping678?_trksid=p2047675.l2559 | easyshopping678 | easytrade2088@gmail.com |
| 49 | ebay.com/usr/happydeal88?_trksid=p2047675.l2559 | happydeal88 | niceforu365@gmail.com |
| 53 | ebay.com/usr/ncnay?_trksid=p2047675.l2559 | ncnay | dengjianner1987@126.com |
| 54 | ebay.com/usr/pangyanfei9981?_trksid=p2047675.l2559 | pangyanfei9981 | marenmin@126.com |
| 56 | ebay.com/usr/qianzq1982?_trksid=p2047675.l2559 | qianzq1982 | 389779812@qq.com |
| 61 | ebay.com/usr/wellchange?_trksid=p2047675.l2559 | wellchange | elerose99@gmail.com |
| 62 | ebay.com/usr/xiaojuan2016?_trksid=p2047675.l2559 | xiaojuan2016 | 479033495@qq.com |
| 63 | ebay.com/usr/your365shop?_trksid=p2047675.l2559 | your365shop | kelvinkaka88@gmail.com |
| 64 | ebay.com/usr/book-tv?_trksid=p2047675.l2559 | book-tv | service@book-wholesale.com |
| 65 | ebay.com/usr/book-tv?_trksid=p2047675.l2559 | book-tv | asainbooks@gmail.com |
| 66 | ebay.com/usr/pangyanfei9981?_trksid=p2047675.l2559 | pangyanfei9981 | pangyanfei998@hotmail.com |

| PayPal Accounts | |
|---|---|
| No | Email Address |
| 1 | kang-hsi@hotmail.com |
| 3 | best4you2011@hotmail.com |
| 4 | 694085397@qq.com |
| 5 | 278280180@qq.com |
| 7 | korahuang@163.com |

| 8 | sandra716@163.com |
|----|----|
| 9 | laifengyuan134@hotmail.com |
| 10 | kailuan168168@hotmail.com |
| 11 | chunshan168168@hotmail.com |
| 12 | fuqt86@163.com |
| 13 | 568479441 @qq.com |
| 14 | smekdes@126.com |
| 16 | cathyjust4today@hotmail.com |
| 17 | dfhhklot@163.com |
| 18 | 83532552@qq.com |
| 20 | 1036462798@qq.com |
| 21 | ert6u5@outlook.com |
| 25 | jackcheng619@yahoo.com |
| 26 | wnbing78952@163.com |
| 27 | moonhmin@hotmail.com |
| 30 | 89356022@qq.com |
| 31 | jamesarvin50@yahoo.com |
| 32 | ren871112@126.com |
| 34 | 643962115@qq.com |
| 35 | jx-198410@163.com |
| 37 | molibeibei2011@163.com |
| 39 | stone361@sohu.com |
| 40 | jakeise@126.com |
| 41 | weather847@126.com |
| 42 | saamm54@126.com |
| 43 | xcce5216@126.com |
| 44 | Jeffreunun5@hotmail.com |
| 45 | wuwawo186@hotmail.com |
| 67 | 1421545568@qq.com |
| 68 | 953207911@qq.com |
| 69 | groboneiss@aol.com |

| Other Email Addresses ||
|----|----|
| No | Email Address |
| 1 | bottesuggsolde@hotmail.com |
| 2 | brandlco@yahoo.co.jp |
| 3 | customerinquiry24hours@gmail.com |
| 4 | fashionlady.services@gmail.com |
| 5 | goodproductsforsale@hotmail.com |
| 6 | info@goodcheapshoes.com |
| 7 | jessicaoutlets@gmail.com |

| 8  | juney.service@hotmail.com        |
|----|----------------------------------|
| 9  | Meet0006@hotmail.com             |
| 10 | myfashionbags@live.com           |
| 11 | online-store2013@hotmail.com     |
| 12 | online-store2014@outlook.com     |
| 13 | parkaserviceEnligne@hotmail.com  |
| 14 | service.ariesy@gmail.com         |
| 15 | service@anbodhran.com            |
| 16 | service@lv.com                   |
| 17 | servicecustom.eu@gmail.com       |
| 18 | Servicejohn2007@hotmail.com      |
| 19 | serviceonlineetc@gmail.com       |
| 20 | snnt133@gmail.com                |
| 21 | tomforyou024@gmail.com           |